DOBBS, administrator, *v.* McCLURE.

BECK, J. Irrespective of those portions of the evidence the admission of which constitutes the grounds of the special assignments of error, a verdict in favor of the defendant was demanded by the other evidence in the case, and the court did not err in directing the jury to find such a verdict.                    *Judgment affirmed. All the Justices concur.*

AUGUST 19, 1912.

Complaint for land. Before Judge Morris. Cherokee superior court. March 1, 1911.

*J. P. Brooke, D. W. Blair,* and *T. E. Latimer,* for plaintiff.
*P. P. DuPre, G. I. Teasley,* and *J. Z. Foster,* for defendant.